IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

LAURA M. JONES, )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 1:11-cv-826
 )
EXPERIAN INFORMATION )
SYSTEMS, INC., et al., )
 )
    Defendants. )

## ORDER

This matter is before the Court on Defendant Capital One Bank (USA), N.A.'s ("Capital One") Motion to Dismiss Plaintiff's Amended Complaint. It appearing to the Court that Plaintiff has stated a claim for which relief can be had, it is hereby

ORDERED that Capital One's Motion to Dismiss is DENIED.

                                /s/
                            Claude M. Hilton
                         United States District Judge

Alexandria, Virginia
November _1_, 2011